IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN PIERRE CINEAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:13cv572-WHA |
| | ) |
| LUTHER STRANGE, | ) |
| | ) |
| Respondent. | ) |

ORDER AND OPINION

On May 19, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 28). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the 28 U.S.C. § 2254 petition is DENIED and this case is DISMISSED with prejudice.

DONE this 15th day of June, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE